No. 398. DEL VECCHIO *v.* PENNSYLVANIA RAILROAD Co. C. A. 3d Cir. Certiorari denied. *Murray L. Schwartz* for petitioner. *Philip Price* for respondent.

No. 410. EVANS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *A. M. Evans, pro se. Solicitor General Rankin* and *Assistant Attorney General Rice* for respondent.

No. 412. SMITH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* and *Sidney M. Glazer* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 414. INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS & HELPERS OF AMERICA, A. F. L., DISTRICT No. 2, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Clif. Langsdale* for petitioner. *Solicitor General Rankin, Theophil C. Kammholz* and *Dominick L. Manoli* for respondent.

No. 416. NASH *v.* NASH. C. A. 5th Cir. Certiorari denied. *Francis H. Hare* for petitioner. *Winston B. McCall* for respondent.

No. 417. MORAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph Leary Delaney* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.